UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.                                              22-MJ-662-MJP

JOSEPH AMICO                                    NOTICE OF APPEARANCE

          Defendant.
_____

To the Clerk of this Court and all parties of record:

    Please enter my appearance as the counsel of record in this case for Defendant, JOSEPH AMICO.

    DATED:    Buffalo, New York, September 21, 2022.

                                            Respectfully submitted,

                                            **/s/ Frank R. Passafiume**
                                            Frank R. Passafiume
                                            Assistant Federal Public Defender
                                            Federal Public Defender's Office
                                            300 Pearl Street, Suite 200
                                            Buffalo, New York 14202
                                            (716) 551-3341; FAX: 551-3346
                                            frank_passafiume@fd.org

TO:    Richard A, Resnick
           Assistant United States Attorney