UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————

UNITED STATES OF AMERICA,

      v.

JOSEPH AMICO,

          Defendant.

———————————————————

**22-MJ-662-MJP**

**MOTION FOR TRAVEL EXPENSES**

| | |
|---|---|
| **MOTION BY:** | Frank R. Passafiume, Assistant Federal Public Defender, Attorney for Joseph Amico. |
| **DATE, TIME & PLACE:** | Before the Honorable Mark W. Pedersen, United States Magistrate Judge, U.S. Courthouse, 100 State Street, Rochester, New York 14614, **on the papers**. |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Frank R. Passafiume, dated April 19, 2023. |
| **RELIEF REQUESTED:** | Authorization for travel and subsistence expenses pursuant to 18 U.S.C. § 4285 and 5 U.S.C. § 5702(a). |
| **DATED:** | April 19, 2023, Buffalo, New York. |

Respectfully submitted,

**/s/Frank R. Passafiume**
Frank R. Passafiume
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341; 551-3346 (fax)
frank_passafiume@fd.org
*Attorney for Defendant Joseph Amico*

**TO:**   Richard Resnick
       Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

        v.

JOSEPH AMICO,

                Defendant.

_____

**22-MJ-662-MJP**

**AFFIRMATION IN SUPPORT OF
MOTION FOR TRAVEL EXPENSES**

       **FRANK R. PASSAFIUME, ESQ.,** affirms under penalty of perjury that:

      1.     I am an attorney with the Federal Public Defender's Office located at 300 Pearl Street, Suite 200, Buffalo, New York 14202, and I represent the defendant, Joseph Amico, in the instant matter.

      2.     The defendant made his initial appearance on a Rule 5(c)(3) proceeding in Nevada District Court on September 2, 2022.  *See United States v. Joseph Amico*, 22-MJ-696-EJY, Dkt. No. 2 (D. Nev. 2022).  He was released on a personal recognizance bond with conditions and ordered to appear in the Western District of New York on September 12, 2022. *Id*.  The defendant subsequently appeared by Zoom videoconference for his initial appearance before this Court on September 12, 2022.

      3.     The Court has scheduled a status conference on April 27, 2023, at 12:30 p.m. and is requiring the defendant's appearance.

4.      The defendant was previously found to be indigent and qualified to be represented by the Federal Public Defender's Office.  He does not have sufficient funds to cover travel expenses to and from the District of Nevada.  Likewise, he does not have sufficient funds to cover subsistence expenses to and from the District of Nevada.

5.      Therefore, the defendant is respectfully requesting that the Court authorize payment for travel expenses from the District of Nevada to the Western District of New York, and thereafter, back to the District of Nevada, for the status conference on April 27, 2023.  The defendant further requests the Court to authorize payment for subsistence expenses for such travel.  These requests are made pursuant to 18 U.S.C. § 4285 and 5 U.S.C. § 5702(a).

6.      A proposed Order is attached hereto as "Exhibit A."

**WHEREFORE**, the defendant, Joseph Amico, respectfully requests that the relief sought herein be granted.

**DATED:**          April 19, 2023
                    Buffalo, New York

                              Respectfully submitted,

                              **/s/Frank R. Passafiume**
                              Frank R. Passafiume
                              Assistant Federal Public Defender
                              Federal Public Defender's Office
                              300 Pearl Street, Suite 200
                              Buffalo, New York 14202
                              (716) 551-3341; 551-3346 (fax)
                              frank_passafiume@fd.org
                              *Attorney for Joseph Amico*