UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

         v.                            **22-MJ-662-MJP**

JOSEPH AMICO,

                Defendant.
_____

## **ORDER**

Upon consideration of Joseph Amico's motion for travel expenses and subsistence expenses for such travel, and good cause appearing thereon, it is hereby:

**ORDERED**, that the United States Marshals Service provide the defendant with funds, pursuant to Title 18, United States Code, Section 4285, for his travel expenses or otherwise provide noncustodial transportation from the defendant's home in Las Vegas, Nevada, to the U.S. Courthouse in Rochester, New York, for the status conference scheduled for April 27, 2023.

**ORDERED**, that the United States Marshals Service provide the defendant with funds, pursuant to Title 18, United States Code, Section 4285 and Title 5 United States Code Section 5702(a), for subsistence expenses during his travel to and from the Western District of New York.

**DATED**:      April 19, 2023, Buffalo, New York


**SO ORDERED,**

_____
**HON. MARK W. PEDERSEN**
**United States Magistrate Judge**