UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.  22-MJ-662

JOSEPH AMICO,

          Defendant.

---

## ORDER

Upon consideration of Joseph Amico's motion for travel expenses and subsistence expenses for such travel, and good cause appearing thereon, it is hereby:

**ORDERED**, that the United States Marshals Service provide the defendant with funds, pursuant to Title 18, United States Code, Section 4285, for his travel expenses or otherwise provide noncustodial transportation from the defendant's home in Las Vegas, Nevada, to the U.S. Courthouse in Rochester, New York, for the change of plea hearing scheduled for May 22, 2023.

**ORDERED**, that the United States Marshals Service provide the defendant with funds, pursuant to Title 18, United States Code, Section 4285 and Title 5 United States Code Section 5702(a), for subsistence expenses during his travel to and from the Western District of New York.

    **SO ORDERED.**

    **DATED**:    May 17, 2023,
                     Rochester, New York

                                                  **HON. MARK W. PEDERSEN**
                                                  **United States Magistrate Judge**