IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH AMICO,<br><br>Defendant. | 23-CR-6057 EAW<br><br>**INFORMATION**<br>(Felony)<br><br>**Violations:**<br>18 U.S.C. §§ 2261A(2)(A), 2261A(2)(B) and 2261(b)(5) |

## COUNT 1

**The United States Attorney Charges That:**

Between in or about February 2022 and in or about August 2022, in the Western District of New York and elsewhere, the defendant, JOSEPH AMICO, with the intent to harass and intimidate A.D., a person known to the United States Attorney, knowingly used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and a facility of interstate and foreign commerce to place A.D. in reasonable fear of death of or serious bodily injury to that person, an immediate family member, or a spouse or intimate partner, and to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to A.D.

**All in violation of Title 18, United States Code, Sections 2261A(2)(A), 2261A(2)(B) and 2261(b)(5).**

DATED: Rochester, New York, May 22, 2023.

                                        TRINI E. ROSS
                                        United States Attorney

BY: _____
                                        RICHARD A. RESNICK
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Western District of New York
                                        100 State Street, Suite 500
                                        Rochester, New York 14614